# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re: §
PHYSICIAN SPECIALTY § Case No. 12-25308-TPA
SERVICES, INC. §
   Debtor, § Chapter 7
 §
 Document No.

Charles O. Zebley, Jr., Trustee,
   Movant,

v.

No Respondent

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $27,223.82 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $15,687.36 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $17,462.64 | |

   3) Total gross receipts of $ 33,150.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $33,150.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,462.64 | 17,462.64 | 17,462.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 148,756.87 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,252.08 | 1,221,324.00 | 1,221,324.00 | 15,687.36 |
| **TOTAL DISBURSEMENTS** | $255,008.95 | $1,238,786.64 | $1,238,786.64 | $33,150.00 |

4) This case was originally filed under Chapter 7 on October 26, 2012. The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2018          By: /s/Charles O. Zebley, Jr.
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER | 1249-000 | 33,150.00 |
| **TOTAL GROSS RECEIPTS** | | **$33,150.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Charles O. Zebley, Jr. | 2100-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |
| Trustee Expenses - Charles O. Zebley, Jr. | 2200-000 | N/A | 35.60 | 35.60 | 35.60 |
| Attorney for Trustee Expenses (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3120-000 | N/A | 560.80 | 560.80 | 560.80 |
| Attorney for Trustee Fees (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3110-000 | N/A | 11,300.00 | 11,300.00 | 11,300.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.43 | 15.43 | 15.43 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 20.99 | 20.99 | 20.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.71 | 24.71 | 24.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.45 | 29.45 | 29.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.34 | 28.34 | 28.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.57 | 29.57 | 29.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.37 | 36.37 | 36.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.95 | 35.95 | 35.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.61 | 36.61 | 36.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.76 | 43.76 | 43.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.12 | 40.12 | 40.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.24 | 46.24 | 46.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.51 | 46.51 | 46.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.14 | 42.14 | 42.14 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 42.95 | 42.95 | 42.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.24 | 53.24 | 53.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.84 | 46.84 | 46.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.65 | 43.65 | 43.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.83 | 49.83 | 49.83 |
| Other - International Sureties, LTD | 2300-000 | N/A | -18.60 | -18.60 | -18.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.66 | 46.66 | 46.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.04 | 45.04 | 45.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.63 | 49.63 | 49.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.01 | 48.01 | 48.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.84 | 44.84 | 44.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.42 | 49.42 | 49.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.26 | 46.26 | 46.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.65 | 44.65 | 44.65 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 14.75 | 14.75 | 14.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.74 | 50.74 | 50.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.38 | 44.38 | 44.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.31 | 44.31 | 44.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.36 | 50.36 | 50.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.18 | 44.18 | 44.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.12 | 44.12 | 44.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.14 | 50.14 | 50.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.99 | 43.99 | 43.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.99 | 49.99 | 49.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.37 | 45.37 | 45.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.80 | 43.80 | 43.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.26 | 48.26 | 48.26 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 10.82 | 10.82 | 10.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.18 | 45.18 | 45.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.23 | 48.23 | 48.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.14 | 42.14 | 42.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.59 | 46.59 | 46.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.02 | 42.02 | 42.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.46 | 49.46 | 49.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.89 | 44.89 | 44.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.33 | 43.33 | 43.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.24 | 49.24 | 49.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.20 | 43.20 | 43.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.60 | 47.60 | 47.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.56 | 44.56 | 44.56 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 12.97 | 12.97 | 12.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.01 | 43.01 | 43.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$17,462.64** | **$17,462.64** | **$17,462.64** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 104,514.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonmwealth of Pennsylvania Department of | 5200-000 | 32,468.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 11,774.87 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $148,756.87 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UNITED STATES OF AMERICA | 7200-000 | N/A | 1,221,324.00 | 1,221,324.00 | 15,687.36 |
| NOTFILED | Department of Labor & Industry Office of UC Tax | 7100-000 | 5,987.08 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 100,265.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $106,252.08 | $1,221,324.00 | $1,221,324.00 | $15,687.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-25308-TPA  
**Case Name:** PHYSICIAN SPECIALTY SERVICES, INC.

**Trustee:** (580740) Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 10/26/12 (f)  
**§341(a) Meeting Date:** 12/14/12  

**Period Ending:** 09/28/18  

**Claims Bar Date:** 03/21/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FIRST NIAGRA BANK SPECIALTY SERVICES ACCOUNT | 19,223.82 | 19,223.82 | | 0.00 | FA |
| 2 | OFFICE EQUIPMENT | 5,200.00 | 0.00 | | 0.00 | FA |
| 3 | OFFICE EQUIPMENT | 2,800.00 | 0.00 | | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE  (u) | 0.00 | 1,000.00 | | 0.00 | FA |
| 5 | FRAUDULENT TRANSFER  (u)<br>    Settlement in Case No. 12-25247-TPA (Document No. 21) | 0.00 | 64,967.55 | | 33,150.00 | FA |
| 6 | UNPAID BALANCE OF ADMINISTRATIVE CLAIM  (u)<br>    Asset abandoned per 7/23/14 Order (Doc. No. 26) | 0.00 | 31,817.55 | OA | 0.00 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$27,223.82** | **$117,008.92** | | **$33,150.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

We did not have any claims, so we ended payments.  Debtor's principal then ended his chapter 13 bankruptcy.  USA Wants to reach an agreement do we pay them something; will do a settlement motion.

Special Counsel and U.S. Attorney have reached a settlement.  USA has finally filed a claim.  We will do TFR.

Trustee's Notice of Assets & Request for Notice to Creditors Filed 12/19/12; Application to Employ Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. as Attorney for Trustee Filed 12/19/12; Notice Setting Last Day To File Proofs of Claim Proofs of Claims due by 3/21/2013; Order Granting Application to Employ Charles O. Zebley, Jr., Attorney for Charles O. Zebley, Jr., Trustee (Related Doc # [12]) Signed on 12/20/2012; Notice of Intent to Abandon Unpaid Balance of the Administrative Claim in the Thomas L. Whitten, M.D. Bankruptcy Filed by Trustee; Order Scheduling a Hearing on (RE: related document(s): [21] Notice of Intent to Abandon filed by Trustee Charles O. Zebley). Hearing scheduled for 7/24/2014 at 02:30 PM at p03 Courtroom C, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 7/17/2014; Proposed Order RE: Trustee's Notice of Intent to Abandon Property of the Estate Filed by Trustee; Order Signed on 7/23/2014. (RE: related document(s): [21] Notice of Intent to Abandon, [24] Certificate of No Objection). The court approves the abandonment described in the notice of abandonment there being no objection; Application to Employ Law Firm of Fox Rothschild, LLP as Special Counsel for Trustee Filed; Hearing on Chapter 7 Trustee's Motion for an Order Authorizing the Retention and Employment of Fox Rothschild LLP as Special Counsel to the Chapter 7 Trustee Filed by Trustee; Order Granting Application to Employ the Law Firm of Fox Rothschild LLP, as Special Counsel (Related Doc # [29]) Signed on 4/16/2015; Request for Clerk's Certificate of Costs Filed; Clerk's Certificate of Costs Issued. Amount Due: $ 0.00; Trustee hereby certifies that in accordance with Fed.R.Bankr.P. 5005(b)(2) the Order of Distribution and the Final Report and Account for the above-captioned case were forwarded to the Office of the United States Trustee at 970 Liberty Center, Pittsburgh, PA 15222 on 1/25/2018; Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Office of the United States Trustee. The United States Trustee has reviewed and has no objection to (i) the Trustees Final Report and Account on the Administration of the Estate and Final Application for Compensation and (ii) the Trustees Proposed Distribution of Property of the Estate, all of which documents have been filed in the above referenced case. Filed by U.S. Trustee. Filed by U.S. Trustee Office of the United States Trustee; Application for Compensation for Charles O. Zebley Jr., Trustee Chapter 7, Period: 10/29/2012 to 1/25/2018, Fee: $3,300.00, Expenses: $35.60; Application for Compensation for Charles O. Zebley Jr., Trustee's Attorney, Period: 12/20/2012 to 1/25/2018, Fee: $11,300.00, Expenses: $560.80; Notice of Trustee's Final Report and Application for Compensation Dated 4/19/2018. Filed by Charles O. Zebley Jr. Hearing

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-25308-TPA  
**Case Name:** PHYSICIAN SPECIALTY SERVICES, INC.  

**Period Ending:** 09/28/18

**Trustee:** (580740)   Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 10/26/12 (f)  
**§341(a) Meeting Date:** 12/14/12  
**Claims Bar Date:** 03/21/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

scheduled for 5/24/2018 at 10:30 AM at p03 Courtroom C, 54th Floor, U.S. Steel Tower, Pittsburgh. Objections due by 5/14/2018; Order Granting Application For Compensation (Related Doc # [40]) Granting for Charles O. Zebley, fees awarded: $3300.00, expenses awarded: $35.60 Signed on 5/16/2018; Order Granting Application For Compensation (Related Doc # [41]) Granting for Charles O. Zebley, fees awarded: $11300.00, expenses awarded: $560.80 Signed on 5/16/2018; Order of Distribution Signed on 5/16/2018;

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013       **Current Projected Date Of Final Report (TFR):**   January 25, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-25308-TPA  
**Case Name:** PHYSICIAN SPECIALTY SERVICES, INC.  
**Taxpayer ID #:** **-***5226  
**Period Ending:** 09/28/18

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $10,024,323.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/13 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 11,191.63 | | 11,191.63 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,181.63 |
| 11/25/13 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 4,457.07 | | 15,638.70 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.43 | 15,623.27 |
| 12/18/13 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2013 FOR CASE #12-25308 | 2300-000 | | 20.99 | 15,602.28 |
| 12/30/13 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 4,241.30 | | 19,843.58 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.71 | 19,818.87 |
| 01/30/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 21,144.87 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.45 | 21,115.42 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.34 | 21,087.08 |
| 03/26/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement Proceeds for Fraudulent Transfer | 1249-000 | 2,652.00 | | 23,739.08 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.57 | 23,709.51 |
| 04/29/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 25,035.51 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.37 | 24,999.14 |
| 05/29/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 26,325.14 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.95 | 26,289.19 |
| 06/26/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 27,615.19 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.61 | 27,578.58 |
| 07/28/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 28,904.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.76 | 28,860.82 |
| 08/28/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 30,186.82 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.12 | 30,146.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.24 | 30,100.46 |
| 10/02/14 | {5} | Ronda J. Winnecour, Chapter 13 Trustee | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 31,426.46 |
| 10/30/14 | {5} | Ronda J. Winnecour, Chapter 13 | Settlement of Fraudulent Transfer | 1249-000 | 1,326.00 | | 32,752.46 |

Subtotals :   $33,150.00   $397.54

{} Asset reference(s)                                                                                                                Printed: 09/28/2018 12:38 PM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-25308-TPA  
**Case Name:** PHYSICIAN SPECIALTY SERVICES, INC.  
**Taxpayer ID #:** **-***5226  
**Period Ending:** 09/28/18  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $10,024,323.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Trustee | | | | | |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.51 | 32,705.95 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.14 | 32,663.81 |
| 12/18/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2014 FOR CASE #12-25308, Bond # 016026363 | 2300-000 | | 42.95 | 32,620.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.24 | 32,567.62 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.84 | 32,520.78 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.65 | 32,477.13 |
| 03/18/15 | | International Sureties, LTD | Bond Refund | 2300-000 | | -18.60 | 32,495.73 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.83 | 32,445.90 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.66 | 32,399.24 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.04 | 32,354.20 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.63 | 32,304.57 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.01 | 32,256.56 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.84 | 32,211.72 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.42 | 32,162.30 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.26 | 32,116.04 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.65 | 32,071.39 |
| 12/29/15 | 103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2015 FOR CASE #12-25308, Bond No. 016026363 | 2300-000 | | 14.75 | 32,056.64 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.74 | 32,005.90 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.38 | 31,961.52 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.31 | 31,917.21 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.36 | 31,866.85 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.18 | 31,822.67 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.12 | 31,778.55 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.14 | 31,728.41 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.99 | 31,684.42 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.99 | 31,634.43 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.37 | 31,589.06 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.80 | 31,545.26 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.26 | 31,497.00 |
| 12/28/16 | 104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #12-25308, Bond No. 016026363 | 2300-000 | | 10.82 | 31,486.18 |

Subtotals :     $0.00     $1,266.28

{} Asset reference(s)

Printed: 09/28/2018 12:38 PM     V.14.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-25308-TPA  
**Case Name:** PHYSICIAN SPECIALTY SERVICES, INC.  
**Taxpayer ID #:** **-***5226  
**Period Ending:** 09/28/18

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $10,024,323.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.18 | 31,441.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.23 | 31,392.77 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.14 | 31,350.63 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.59 | 31,304.04 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.02 | 31,262.02 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.46 | 31,212.56 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.89 | 31,167.67 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.33 | 31,124.34 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.24 | 31,075.10 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.20 | 31,031.90 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.60 | 30,984.30 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.56 | 30,939.74 |
| 12/21/17 | 105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2017 FOR CASE #12-25308, Bond No. 016026363 | 2300-000 | | 12.97 | 30,926.77 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.01 | 30,883.76 |
| 06/04/18 | 106 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $3,300.00, Trustee Compensation;  Reference: | 2100-000 | | 3,300.00 | 27,583.76 |
| 06/04/18 | 107 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $35.60, Trustee Expenses;  Reference: | 2200-000 | | 35.60 | 27,548.16 |
| 06/04/18 | 108 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $560.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 560.80 | 26,987.36 |
| 06/04/18 | 109 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $11,300.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,300.00 | 15,687.36 |
| 06/04/18 | 110 | UNITED STATES OF AMERICA | Claim No. 1; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7200-000 | | 15,687.36 | 0.00 |
| | | | ACCOUNT TOTALS | | 33,150.00 | 33,150.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 33,150.00 | 33,150.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$33,150.00** | **$33,150.00** | |

{} Asset reference(s)

Printed: 09/28/2018 12:38 PM     V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 12-25308-TPA | | Trustee: | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|---|
| Case Name: | PHYSICIAN SPECIALTY SERVICES, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***5226 | | Blanket Bond: | $10,024,323.00  (per case limit) |
| Period Ending: | 09/28/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 33,150.00 | | | | | |
| | | Net Estate : $33,150.00 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******4166 | 33,150.00 | 33,150.00 | 0.00 |
| | $33,150.00 | $33,150.00 | $0.00 |

{} Asset reference(s)     Printed: 09/28/2018 12:38 PM    V.14.14